**FILED**

08/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 23-0224

_____

THOMAS C. WEINER, M.D.,

      Plaintiff and Appellant,

  v.

ST. PETER'S HEALTH, a Montana Domestic
Nonprofit Corporation, d/b/a St. Peter's Hospital,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's Unopposed Motion for Extension of Time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up to and including September 13, 2023, within which to prepare, file, and serve Appellee's answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 14 2023